SAK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Eddy VALENCIA (1)<br>Ashley Yennissei OSUNA Salguero (2),<br>Defendant. | Case No.: '22 MJ01599<br>COMPLAINT FOR VIOLATION OF<br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

COUNT 1

On or about May 5, 2022, within the Southern District of California, Eddy VALENCIA (1) and Ashley Yennissei OSUNA Salguero (2), did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Joseph S. Cuttitta Jr
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th of May 2021.

*William V. Gallo*
WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 5, 2022, at approximately 12:00 AM, Eddy VALENCIA, ("VALENCIA"), and Ashley Yenissei OSUNA Salguero ("OSUNA"), both United States citizens, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #12. VALENCIA was the driver, OSUNA was the only other occupant, and both were registered owners of a 2019 Nissan Sentra ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the trunk area of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from VALENCIA. VALENCIA stated he was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 30 packages concealed in the rear quarter panels of the vehicle, with a total approximate weight of 15.64 kgs (34.40 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

VALENCIA and OSUNA were placed under arrest at approximately 2:35 AM.

During a post-Miranda interview, VALENCIA denied knowledge that the narcotics were in the vehicle. VALENCIA stated that he was going to work and that OSUNA would park the vehicle on the street at her work after dropping him off. VALENCIA said that OSUNA's father had taken the vehicle to a mechanic in Tijuana, Mexico for service the day before the interview.

During a post-Miranda interview, OSUNA denied knowledge that the narcotics were in the vehicle. OSUNA stated that she and VALENCIA were going to her grandmother's apartment to sleep for a few hours. OSUNA said that she would then drop off OSUNA at work before going to her own work and park on the street.

VALENCIA and OSUNA were arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.